NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TAYLOR BRANDS, LLC,**
*Plaintiff-Appellant,*

v.

**GB II CORPORATION
(DOING BUSINESS AS COLUMBIA RIVER KNIFE
AND TOOL COMPANY),**
*Defendant-Appellee.*

---

2010-1151

---

Appeal from the United States District Court for the
Eastern District of Tennessee in case no. 08-CV-0325,
Magistrate Judge Dennis H. Inman.

---

## ON MOTION

---

## ORDER

GB II Corporation (GB) moves to strike portions of the
Taylor Brands, LLC's reply brief. Taylor Brands opposes.
GB replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear the case.

(2) The parties are directed to file three additional copies of the motion, opposition, and reply within 10 days of the date of filing of this order. Those copies shall be transmitted to the merits panel along with a copy of this order.

FOR THE COURT

JUN 0 2 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Peter N. Lalos, Esq.
Scott Edward Davis, Esq.
Clerk, United States District Court for the Eastern District Of Tennessee

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK